**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RAY LOVE HENDRICKS, | * |
| | * |
| v. | *   Civil Action No. CCB-15-1541 |
| AUSTIN SUTBAUS, *et al.* | * |
| | * |

\*\*\*

## MEMORANDUM

Ray Hendricks filed a complaint (ECF No. 1) and a motion to proceed in forma pauperis (ECF No. 3) on May 27, 2015. In his complaint, Hendricks alleges that the defendants improperly initiated foreclosure proceedings against his property. (Compl.) The foreclosure proceeding is currently pending in the Circuit Court for Baltimore City. *Mayor & City Council of Balt. v. Hendricks*, Case No. 24C15002653. Because Hendricks asserts federal question jurisdiction pursuant to 28 U.S.C. § 1331, but fails to identify federal law applicable to this foreclosure action brought under state law, his complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

A separate Order follows.

August 28, 2015               /S/
Date                          Catherine C. Blake
                              United States District Judge